## STATE OF OREGON,
*Respondent,*

*v.*

## CHARLES HENRY BROWN,
*Appellant.*

(91-01-33975; CA A73934)

857 P2d 915

Sally L. Avera, Public Defender, and Irene B. Taylor, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, Ann Kelley, Assistant Attorney General, and Robert R. Graves, Certified Law Student, Salem, filed the brief for respondent.

Before Deits, Presiding Judge, and Rossman and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of delivery of a controlled substance, ORS 475.992(2), possession of a controlled substance, ORS 475.992(4), and criminal conspiracy to deliver a controlled substance. ORS 161.450. The trial court merged the conviction for criminal conspiracy into "the other two convictions," meaning that it merged with the delivery conviction. The trial court imposed two years probation, but then attached separate conditions of probation relating to each of the three counts against defendant, including the criminal conspiracy conviction. Defendant assigns error to the sentence, arguing that the trial court could not impose a separate sentence for a merged conviction. We agree. *See State v. Crotsley*, 308 Or 272, 779 P2d 600 (1989).

Defendant's remaining assignment of error does not require discussion.

Remanded for resentencing.